# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132018(60)

HOUDINI PROPERTIES, LLC,
      Plaintiff-Appellant,

v

CITY OF ROMULUS,
      Defendant-Appellee.

_____

SC: 132018
COA: 266338
Wayne CC: 05-504139-CZ

      On order of the Chief Justice, the motion by the Michigan Municipal League and the Public Corporation Law Section of the State Bar of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk